IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY LEE BOSOLD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WARDEN, SCI-SOMERSET, ET AL. | : | NO. 11-4292 |

## ORDER

**AND NOW**, this 28th day of January, 2013, upon consideration of the "Motion to Dismiss the Second Amended Complaint or, Alternatively, Motion for a More Definite Statement" filed by Defendants Warden, SCI-Somerset; Secretary, Pennsylvania Department of Corrections; and Secretary, Pennsylvania Board of Probation and Parole (Docket No. 17), and Plaintiff's response thereto, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

**/s/** John R. Padova

_____

John R. Padova, J.